## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LANDSTAR RANGER, INC.,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:23-CV-01293-SH** |
| | § | |
| **MIDAS GREEN TECHNOLOGIES,** | § | |
| **LLC,** | § | |
| *Defendant* | § | |

### FINAL JUDGMENT

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed August 21, 2024 (Dkt. 26). The Court **HEREBY GRANTS** the parties' Agreed Motion to Dismiss with Prejudice (Dkt. 26). Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims are **DISMISSED** with prejudice and that each party shall pay its own costs and attorneys' fees. **IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** on August 25, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE